# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JUAN FRANCISCO SILVESTRE,<br>          Defendant. | Case No.: 13-MJ-01724<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <ins>District of New Mexico</ins> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <ins>absence of background information / bail resources,</ins>

1    <u>use of aliases, history of non-compliance,</u>
2    <u>undocumented status</u>
3
4    and/or
5 B.  (X)  The defendant has not met his/her burden of establishing by
6    clear and convincing evidence that he/she is not likely to pose
7    a danger to the safety of any other person or the community if
8    released under 18 U.S.C. § 3142(b) or (c). This finding is based
9    on: <u>criminal history</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 20, 2013

_____
UNITES STATES MAGISTRATE JUDGE